# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 18-1560V
Filed: March 2, 2022

| | | |
|---|---|---|
| KATHY CUMMINGS GILLIM, | * | UNPUBLISHED |
| Petitioner, | * | Voluntary Dismissal; Order Concluding Proceedings. |
| v. | * | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

*Scott Rooney, Esq.*, Nemes Rooney P.C., Farmington Hills, MI for petitioner.
*Camille Collett, Esq.*, U.S. Dept. of Justice, Washington, DC for respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

**Roth**, Special Master:

On October 9, 2018, Kathy Cummings Gillim ("Ms. Gillim" or "petitioner") filed a petition for compensation in the National Vaccine Injury Compensation Program ("the Program").[2] Petitioner alleges that the DTaP vaccine she received on September 4, 2015 caused her to develop Guillain-Barre Syndrome ("GBS") and/or chronic inflammatory demyelinating polyneuropathy ("CIDP"). *See* Petition, ECF No. 1.

On March 2, 2022, respondent filed a Joint Stipulation of Dismissal. ECF No. 79.

In light of the parties' stipulation of dismissal pursuant to Vaccine Rule 21(a), this case is dismissed without prejudice. Accordingly, this Order hereby notifies the Clerk of Court that

---

[1] Although this Order has been formally designated "unpublished," it will nevertheless be posted on the Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). **This means the Order will be available to anyone with access to the internet.** However, the parties may object to the Order's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Order will be available to the public. *Id.*

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 *et seq.* (hereinafter "Vaccine Act" or "the Act"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's office.

**IT IS SO ORDERED.**

<u>s/ Mindy Michaels Roth</u>
Mindy Michaels Roth
Special Master